UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ,<br><br>              Petitioner,<br><br>     v.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>              Respondents. | Case No. CV 09-4118 PA(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

      IT IS HEREBY ORDERED that petitioner's fourth claim, to the extent it challenges petitioner's conditions of confinement, is dismissed without prejudice because it is not cognizable on federal habeas review, that petitioner's remaining claims (including the remaining portion of his fourth claim) are dismissed with prejudice because they are time-barred, and that Judgment be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 27, 2011

_____
HONORABLE PERCY ANDERSON
United States District Judge