UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO GONZALEZ, | ) | Case No. CV 09-4118 PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FRANCISCO JACQUEZ, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's fourth claim, to the extent it challenges petitioner's conditions of confinement, is dismissed without prejudice because it is not cognizable on federal habeas review and that petitioner's remaining claims (including the remaining portion of his fourth claim) are dismissed with prejudice because they are time-barred.

Dated: October 27, 2011

_____
HONORABLE PERCY ANDERSON
United States District Judge